# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

MELVIN E. BLOUGH,

      Plaintiff,

v.                                   Case No: 8:14-cv-115-T-30MAP

ROBERT A. FOSTER, JR., ROBERT A.
FOSTER, JR., THOMAS P. BARBER and
THOMAS P. BARBER,

      Defendants.

_____

## ORDER

THIS CAUSE comes before the Court upon the Defendants' Motion for More Definite Statement (Dkt. #10). The Motion indicates that Plaintiff has no objection to the Motion. Plaintiff filed his Verified Complaint for Declaratory Judgment *pro se* apparently alleging that Judge Robert A. Foster, Jr. and Judge Thomas P. Barber of the Thirteenth Judicial Circuit Court of Florida are violating his due process rights under the U.S. Constitution for their failure to properly consider Plaintiff's rights under the Uniformed Services Former Spouses Act (hereinafter "USFSPA") and judicial abuse of Plaintiff's rights "under the color of state law."

Plaintiff is a party in a dissolution of marriage action that is currently pending before Judge Foster. Judge Barber originally presided over the case, but he recused himself upon a motion to disqualify filed by the Plaintiff.   Plaintiff alleges that the abuses began under Judge Barber and that Judge Foster has continued the abuse and denial of due process by

refusing to rule on his Motion for Summary Judgment which has been pending for over four months.

A motion for more definite statement may be filed when a pleading is so vague or ambiguous that a party cannot reasonably be required to frame a responsive pleading. Fed. R. Civ. P. 12(e). Plaintiff's complaint has several factual details and is twenty-nine pages long, not including the exhibits. Nonetheless, even when read liberally, the complaint still lacks factual allegations that would allow the Defendants to properly defend against the case. *Shuler v. Ingram & Assocs.,* 441 Fed. Appx. 712, 717 n. 3 (11th Cir. 2011) (*pro se* pleadings are "held to a less stringent standard than pleadings drafted by attorneys and will, therefore, be liberally construed…").

It is therefore ORDERED AND ADJUDGED that:

1.    Defendants' Motion for a More Definite Statement (Dkt. #10) is GRANTED.

2.    Plaintiff shall file an Amended Complaint on or before March 14, 2014.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of February, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2014\14-cv-115-more definite statement.docx

2